**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Eastern DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David B. Jackson <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-16794 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Fay Servicing as Servicer for Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3, and index same on the master mailing list.

Re: Loan # Ending In: 3759

                                               Respectfully submitted,

                                             **/s/Denise Carlon, Esquire**
                                             Denise Carlon, Esquire
                                             Thomas Puleo, Esquire
                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 825-6306  FAX (215) 825-6406