# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-16794-AMC

DAVID B. JACKSON

1544 Birchwood Ave.

Roslyn, PA 19001

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAVID B. JACKSON

    1544 Birchwood Ave.

    Roslyn, PA 19001

Counsel for debtor(s), by electronic notice only.

    ALAN D BUDMAN
    1150 OLD YORK RD
    2ND FLOOR
    ABINGTON, PA 19001

Date: 3/30/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee