UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                :        Chapter 13

    DAVID L. JACKSON                 :

        Debtor       :        Bky No.: 16-16794AMC

**CERTIFICATION OF SERVICE**

ALAN D. BUDMAN, ESQUIRE, being duly sworn, deposes and says:

That on April 20, 2017, he served electronically or by US mail a copy of Debtor's 1st Amended Chapter 13 Plan to the Trustee, US Trustee, and all priority and secured creditors.

    /s/ Alan D. Budman
    Alan D. Budman
    Attorney for Debtor
    1150 Old York Road
    Abington, PA 19001
    215-884-1600
    adbudman@alanbudman.com