UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :          Chapter 13

    DAVID B. JACKSON                 :

               Debtor           :          Bky No.: 16-16794AMC

**NOTICE OF APPLICATION FOR COUNSEL FEES**

TO THE DEBTORS, TRUSTEE, ALL CREDITORS, AND OTHER PARTIES IN INTEREST:

    Pursuant to National Bankruptcy Rule 2002(a)(7) and Local Bankruptcy Rule 2002.2, you are hereby notified that counsel for the above listed Debtors, Alan D. Budman, Esquire, has filed an Application for Counsel Fees in the following amounts:

| | |
|---|---|
| Total counsel fees (exclusive of filing fee): | $3,500.00 |
| Amount paid by Debtor at time of filing petition: | $2,000.00 |
| Net amount to be paid by trustee under Plan: | $1,500.00 |

    You are further notified that any objection or request for hearing on the Application must be filed with the United States Bankruptcy Clerk, U.S. District Court, Robert N.C. Nix Bldg., 900 Market Street, Suite 400, Philadelphia, PA 19107-4299, within twenty (20) days of service of this notice. A copy of any objection must be served upon counsel for the Debtors and the Standing Chapter 13 Trustee.

                                                /s/ Alan D. Budman      Date: July 11, 2017
                                                By:  Alan D. Budman

cc:    Alan D. Budman, Esquire        William C. Miller, Esquire
        1150 Old York Road               P.O. Box 40119
        Second Floor                        Philadelphia, PA 19106-0019
        Abington, PA 19001               Chapter 13 Trustee
        Attorney for Debtors