UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :            Chapter 13

    DAVID B. JACKSON              :

        Debtor              :            Bky No.: 16-16794AMC

CERTIFICATION OF NO RESPONSE

    I, ALAN D. BUDMAN, ESQUIRE, do hereby certify that I have received no objection from the Trustee, debtor, or any creditor to the Application for Compensation.

    Notice of the Application for Compensation was sent to the Debtor, creditors and Trustee, William C. Miller, Esquire, by electronic filing or by mail on July 11, 2017.

    /s/ Alan D. Budman
    Alan D. Budman
    Attorney for Debtor