UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                           :         Chapter 13

    DAVID B. JACKSON                    :

        Debtor         :         Bky No.: 16-16794AMC

**ORDER APPROVING COUNSEL FEE**

AND NOW, this 3rd day of August 2017, upon consideration of "APPLICATION FOR APPROVAL OF COUNSEL FEE AND ITEMIZED STATEMENT OF SERVICES RENDERED PURSUANT TO 11 USC SEC. 329" submitted by Alan D. Budman, Esquire, counsel for Debtors, it is hereby

ORDERED that a counsel fee in the amount of $3,500 is approved as fair, reasonable and necessary in connection with this case and that it meets the requirements of Bankruptcy Rule 2016 and Section 329 of Title 11 of the United States Code; $1,500 of which is to be paid through the Plan.

BY THE COURT:

_____
ASHELY M. CHAN
BANKRUPTCY JUDGE

c.c:
Alan D. Budman, Esq.
1150 Old York Road
2nd Floor
Abington, PA  19001
Attorney for Debtor

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106