United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David B. Jackson
    Debtor

Case No. 16-16794-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Aug 03, 2017
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2017.
db           +David B. Jackson,    1544 Birchwood Ave.,    Roslyn, PA 19001-1504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2017 at the address(es) listed below:
        ALAN D. BUDMAN    on behalf of Debtor David B. Jackson alan-budman@erols.com
        DENISE ELIZABETH CARLON    on behalf of Creditor    Christiana Trust, a division of Wilmington
         Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                                  TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :          Chapter 13

    DAVID B. JACKSON                    :

                  Debtor          :          Bky No.: 16-16794AMC

**ORDER APPROVING COUNSEL FEE**

    AND NOW, this 3rd day of August, 2017, upon consideration of "APPLICATION FOR APPROVAL OF COUNSEL FEE AND ITEMIZED STATEMENT OF SERVICES RENDERED PURSUANT TO 11 USC SEC. 329" submitted by Alan D. Budman, Esquire, counsel for Debtors, it is hereby

    ORDERED that a counsel fee in the amount of $3,500 is approved as fair, reasonable and necessary in connection with this case and that it meets the requirements of Bankruptcy Rule 2016 and Section 329 of Title 11 of the United States Code; $1,500 of which is to be paid through the Plan.

BY THE COURT:

_____
ASHELY M. CHAN
BANKRUPTCY JUDGE

c.c:
Alan D. Budman, Esq.                     William C. Miller, Esquire
1150 Old York Road                       Chapter 13 Trustee
2nd Floor                                P.O. Box 40119
Abington, PA  19001                      Philadelphia, PA 19106
Attorney for Debtor