IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DAVID B. JACKSON<br>            Debtor | BK. No. 16-16794 AMC<br><br>Chapter No. 13 |
| CHRISTIANA TRUST, A DIVISION OF<br>WILMINGTON SAVINGS FUND SOCIETY, FSB,<br>NOT IN ITS INDIVIDUAL CAPACITY BUT AS<br>TRUSTEE OF ARLP TRUST 3<br>            Movant<br>v.<br>DAVID B. JACKSON, and<br>ANDREA R JACKSON (non filing co-mortgagor)<br>            Respondents | 11 U.S.C. §362 and §1301 |

**ORDER MODIFYING §362 and §1301 AUTOMATIC STAY**

AND NOW, this 30th day of Jan., 2018, at PHILADELPHIA, upon Motion of **CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3** (Movant), it is:

~~**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;~~

~~**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 1544 BIRCHWOOD AVENUE, ROSLYN, PA 19001-1504(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;~~

~~**ORDERED** that Relief is hereby granted from any co-Debtor Stay; and it is further;~~

~~**ORDERED** that Rule 4001(a)(3) is not applicable and **CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3** may immediately enforce and implement this Order granting Relief from the Automatic Stay.~~

*ordered that the Motion is denied without prejudice, and lender may file notice of post-petition fees.*

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 Market Street, Suite 1813
Philadelphia, PA 19107

ANDREA R JACKSON
1544 BIRCHWOOD AVENUE
ROSLYN, PA 19001-1504

ALAN D. BUDMAN, ESQUIRE
1150 OLD YORK ROAD, 2ND FLOOR
ABINGTON, PA 19001

DAVID B. JACKSON
1544 BIRCHWOOD AVENUE
ROSLYN, PA 19001-1504

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107