United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-16794-amc
David B. Jackson                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1           Date Rcvd: Jan 31, 2018
                              Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2018.
db            +David B. Jackson,    1544 Birchwood Ave.,     Roslyn, PA 19001-1504
               Andrea Jackson,    1544 Birchwood Avenue,     Roslyn, PA  19001-1504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2018 at the address(es) listed below:
              ALAN D. BUDMAN    on behalf of Debtor David B. Jackson alan-budman@erols.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Christiana Trust, a division of Wilmington
               Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3
               bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings Fund
               Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3 paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Christiana Trust, a division of Wilmington
               Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| DAVID B. JACKSON | BK. No. 16-16794 AMC |
| Debtor | |
| | Chapter No. 13 |
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3 | |
| Movant | 11 U.S.C. §362 and §1301 |
| v. | |
| DAVID B. JACKSON, and ANDREA R JACKSON (non filing co-mortgagor) | |
| Respondents | |

ORDER MODIFYING §362 and §1301 AUTOMATIC STAY

AND NOW, this 30th day of Jan, 2017, at PHILADELPHIA, upon Motion of CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3 (Movant), it is:

~~ORDERED AND DECREED: that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;~~

~~ORDERED that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 1544 BIRCHWOOD AVENUE, ROSLYN, PA 19001-1504(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;~~

ORDERED that Relief is hereby granted from any co-Debtor Stay; and it is further;

~~ORDERED that Rule 4001(a)(3) is not applicable and CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3 may immediately enforce and implement this Order granting Relief from the Automatic Stay.~~ ordered that the motion is denied without prejudice, and lender/movant may file post-petition fees.

ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 Market Street, Suite 1813
Philadelphia, PA 19107

ANDREA R JACKSON
1544 BIRCHWOOD AVENUE
ROSLYN, PA 19001-1504

ALAN D. BUDMAN, ESQUIRE
1150 OLD YORK ROAD, 2ND FLOOR
ABINGTON, PA 19001

DAVID B. JACKSON
1544 BIRCHWOOD AVENUE
ROSLYN, PA 19001-1504

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107