# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Chapter 13

      Bankruptcy No. 16-16794-AMC

DAVID B. JACKSON

1544 BIRCHWOOD AVE.

ROSLYN, PA 19001

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DAVID B. JACKSON

    1544 BIRCHWOOD AVE.

    ROSLYN, PA 19001

Counsel for debtor(s), by electronic notice only.

    ALAN D BUDMAN
    1150 OLD YORK RD
    2ND FLOOR
    ABINGTON, PA 19001

                                          /S/ William C. Miller

Date: 4/9/2018                              _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee