UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :         Chapter 13

    DAVID B. JACKSON             :

        Debtor          :         Bky No.: 16-16794AMC

WITHDRAWAL OF APPEARANCE FOR DEBTOR

TO THE CLERK:

Kindly withdraw my appearance as attorney for Debtor.

/s/ Alan D. Budman
Alan D. Budman

ENTRY OF APPEARANCE FOR DEBTOR

TO THE CLERK:

Kindly enter my appearance as attorney for Debtor.

/s/ Jon M. Adelstein
Jon M. Adelstein
Adelstein & Kaliner LLC
350 S. Main St. Suite 105
Doylestown, PA 18901
(215)230-4250
jadelstein@adelsteinkaliner.com