IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David B. Jackson<br>　　Debtor, | BANKRUPTCY CASE NUMBER<br>16-16794/AMC |
| Selene Finance LP as servicer for U.S. Bank National Association, not individually but solely as Trustee for BlueWater Investment Trust 2017-1<br>　　Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362<br><br>February 25, 2020 at 11:00 AM |
| David B. Jackson<br>　　Debtor/Respondent, | Courtroom # 4 |
| Andrea R. Jackson<br>　　(Non-filing Co-Debtor), | |
| William C. Miller, Trustee<br>　　Additional Respondent. | |

**O R D E R**

　　AND NOW, this __25th__ day of __February__, 2020, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor and Non-filing Co-Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

　　ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362 and § 1301, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 1544 Birchwood Ave, Roslyn, PA 19001; and it is

　　FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE