```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                                  Case No. 16-16794-amc
David B. Jackson                                                        Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW             Page 1 of 1              Date Rcvd: Feb 25, 2020
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
db             +David B. Jackson,    1544 Birchwood Ave.,    Roslyn, PA 19001-1504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Christiana Trust, a division of Wilmington
               Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3
               bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings Fund
               Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3 paeb@fedphe.com
              JON M. ADELSTEIN    on behalf of Debtor David B. Jackson jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              KEVIN M. BUTTERY    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings
               Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3
               kbuttery@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor    Selene Finance LP et. al. pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    Selene Finance LP et. al. pabk@logs.com
              MICHAEL J. CLARK    on behalf of Creditor    Selene Finance LP et. al. mjclark@logs.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Christiana Trust, a division of Wilmington
               Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David B. Jackson<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>16-16794/AMC |
| Selene Finance LP as servicer for U.S. Bank National Association, not individually but solely as Trustee for BlueWater Investment Trust 2017-1<br>    Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362<br><br>February 25, 2020 at 11:00 AM |
| David B. Jackson<br>    Debtor/Respondent, | Courtroom # 4 |
| Andrea R. Jackson<br>    (Non-filing Co-Debtor), | |
| William C. Miller, Trustee<br>    Additional Respondent. | |

**O R D E R**

AND NOW, this  25th   day of  February       , 2020, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor and Non-filing Co-Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362 and § 1301, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 1544 Birchwood Ave, Roslyn, PA 19001; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE