```
                             United States Bankruptcy Court
                             Eastern District of Pennsylvania
In re:                                                                  Case No. 16-16794-amc
David B. Jackson                                                        Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0313-2          User: ChrissyW              Page 1 of 2                  Date Rcvd: Jul 21, 2020
                              Form ID: pdf900             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2020.
db             +David B. Jackson,    1544 Birchwood Ave.,    Roslyn, PA 19001-1504
13797907       +Andrea R. Jackson,    1544 Birchwood Ave.,    Roslyn, PA 19001-1504
13797909        Berkheimer,   PO Box 25153,    Lehigh Valley, PA 18002-5153
13828756        Berkheimer Assoc-Agent for AbingtonSD-AbingtonTwp,     c/o David R. Gordon, Esq.,
                 1883 Jory Road,    Pen Argyl, PA 18072
13828757        Berkheimer Assoc-Agt SpringFordASD-LimerickTwp,     c/o David R. Gordon, Esq.,    1883 Jory Road,
                 Pen Argyl, PA 18072
13864234       +Christiana Trust, a division of Wilmington,     Fay Servicing, LLC,
                 939 W. North Avenue, Suite 680,    Chicago, IL 60642-7138
13834569       +Christiana Trust, division of Wilmington Savings,     Fund Society FSB as Trustee of ARLP Trst,
                 c/o DENISE ELIZABETH CARLON,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13797910       +Citi Bank,   Bankruptcy Department,    701 E. 60th Street N,    PO Box 6034,
                 Sioux Falls, SD 57117-6034
13797911       +Fay Servicing,    Attn: Bankruptcy Depatment,    440 S La Salle St #2000,
                 Chicago, IL 60605-5011
13916076       +Fay Servicing, LLC,    440 S. LaSalle Street,    Suite 2000,    Chicago, IL 60605-5011
13797913       +Montgomery County Sheriff's Office,    2 E Airy St,    P.O. Box 311,    Norristown, PA 19404-0311
13797914       +Navient Department of Education Services,     PO Box 530267,    Atlanta, GA 30353-0267
13797915        PA Labor & Industry,    PO Box 25153,    Harrisburg, PA 17106-9894
14285011       +Selene Financial LP,    c/o Kevin S. Frankel, Esquire,    Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
14100311       +U.S. Bank National Association,    Selene Finance,    9990 Richmond Ave, Suite 400 South,
                 Houston, TX 77042-4546
13797916       +US Department of Education,    PO Box 105028,    Atlanta, GA 30348-5028
13867017        US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 22 2020 04:31:18     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 22 2020 04:31:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jul 22 2020 04:33:03     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13816201        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 22 2020 04:30:47
                 Americredit Financial Services dba GM Financial,     PO Box 183853,    Arlington TX 76096
13810426       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 22 2020 04:30:47
                 AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
13823325       +E-mail/Text: bankruptcy@cavps.com Jul 22 2020 04:31:11     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13797912       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 22 2020 04:30:47     GM Financial,
                 Attn: Bankruptcy Department,    801 Cherry Street, Ste. 3500,    Fort Worth, TX 76102-6854
13847525        E-mail/PDF: pa_dc_claims@navient.com Jul 22 2020 04:32:41     Navient PC Trust,
                 c/o Navient Solutions, Inc.,    P.O. Box 9640,   Wilkes-Barre, PA 18773-9640
13807999        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 22 2020 04:30:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13798982        E-mail/PDF: rmscedi@recoverycorp.com Jul 22 2020 04:32:42
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Americredit Financial Services dba GM Financial
cr              U.S. Bank National Association, not individually b
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Fay Servicing, LLC,    440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011
cr*            +Fay Servicing, LLC,    3000 Kellway Dr,Ste 150,   Carrollton, TX 75006-3357
13797908*      +Andrea R. Jackson,    1544 Birchwood Ave.,   Roslyn, PA 19001-1504
13842861      ##+Alan D Budman, Esquire,    1150 Old York Road,   Abington, PA 19001-3712
13970051      ##+Fay Servicing, LLC,    3000 Kellway Dr.,   Ste 150,    Carrollton, TX 75006-3357
                                                                                 TOTALS: 2, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Jul 21, 2020
                              Form ID: pdf900             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Christiana Trust, a division of Wilmington
               Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3
               bkgroup@kmllawgroup.com
              JEROME B. BLANK     on behalf of Creditor    Christiana Trust, a division of Wilmington Savings Fund
               Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3 paeb@fedphe.com
              JON M. ADELSTEIN     on behalf of Debtor David B. Jackson jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              KEVIN M. BUTTERY     on behalf of Creditor    Christiana Trust, a division of Wilmington Savings
               Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3
               cdigianantonio@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor     Selene Finance LP et. al. pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    Selene Finance LP et. al. pabk@logs.com
              MICHAEL JOHN CLARK     on behalf of Creditor    Selene Finance LP et. al. mjclark@logs.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Christiana Trust, a division of Wilmington
               Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 10
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Chapter 13
DAVID B. JACKSON

Debtor  Bankruptcy No. 16-16794-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: July 21, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALAN D BUDMAN
1150 OLD YORK RD
2ND FLOOR
ABINGTON, PA 19001

Debtor:
DAVID B. JACKSON

1544 BIRCHWOOD AVE.

ROSLYN, PA 19001